# United States District Court
## District of Puerto Rico (San Juan)
## CRIMINAL DOCKET FOR CASE #: <u>3:15−cr−00749−GAG</u>−2

Case title: USA v. Rosario−Rodriguez et al

 Magistrate judge case number:  3:15−mj−01779−MEL

Date Filed: 12/09/2015

Date Terminated: 04/28/2021

Assigned to: Judge Gustavo A. Gelpi

**<u>Defendant (2)</u>**

| | | |
|---|---|---|
| **Reynaldo Gonzalez−Ramos**<br>*TERMINATED: 04/28/2021* | represented by | **Antonio L. Bisbal−Bultron**<br>Bisbal & Matos Estudio Legal<br>P.O. Box 9023851<br>Old San Juan Station<br>San Juan, PR 00902−3851<br>787−531−4416<br>Email: bmlegalpr@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:1951 and 2 A/A INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (1) | IMPR: Twenty Four (24) months as to Count 1 and Sixty (60) months as to Count 2 to be served consecutively to each other for a total imprisonment term of Eighty Four (84) months. SRT: Three (3) years as to both counts. No fine. SMA: $200.00. Restitution: $599.98. |
| 18:924(c)(1)(A)(ii) and 2 A/A VIOLENT CRIME/DRUGS/MACHINE GUN (2) | IMPR: Twenty Four (24) months as to Count 1 and Sixty (60) months as to Count 2 to be served consecutively to each other for a total imprisonment term of Eighty Four (84) months. SRT: Three (3) years as to both counts. No fine. SMA: $200.00. Restitution: $599.98. |

**<u>Highest Offense Level (Opening)</u>**

Felony

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

1

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1951 INTERFERENCE WITH COMMERCE BY ROBBERY; 18:924(c)(1)(A)(ii) USE, CARRY, AND BRANDISH OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE | |

**Interested Party**

**US Probation Office**

**Plaintiff**

**USA**                                      represented by   **Daynelle Maria Alvarez−Lora**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787−282−1817
Fax: 787−771−4050
Email: daynelle.m.alvarez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/27/2015 | 1 | MOTION to Seal Case by USA as to Reynaldo Gonzalez−Ramos (1). (ov) [3:15−mj−01779−MEL] (Entered: 11/30/2015) | |
| 11/27/2015 | 2 | ORDER granting 1 Motion to Seal Case as to Reynaldo Gonzalez−Ramos (1). Signed by US Magistrate Judge Marcos E. Lopez on 11/27/15. (ov) [3:15−mj−01779−MEL] (Entered: 11/30/2015) | |
| 11/27/2015 | 3 | SEALED COMPLAINT as to Reynaldo Gonzalez−Ramos (1). (Attachments: # 1 Affidavit) (ov) [3:15−mj−01779−MEL] (Entered: 11/30/2015) | |
| 11/27/2015 | 4 | *RESTRICTED* ARREST Warrant Issued by US Magistrate Judge Marcos E. Lopez in case as to Reynaldo Gonzalez−Ramos (1). (ov) [3:15−mj−01779−MEL] (Entered: 11/30/2015) | |
| 11/27/2015 | | | |

2

| | | |
|---|---|---|
| | | Arrest of Reynaldo Gonzalez−Ramos (1). (cmd) [3:15−mj−01779−MEL] (Entered: 11/30/2015) |
| 11/30/2015 | 5 | *RESTRICTED* CJA 23 Financial Affidavit by Reynaldo Gonzalez−Ramos (1). (cmd) [3:15−mj−01779−MEL] (Entered: 11/30/2015) |
| 11/30/2015 | 6 | Minute Entry for proceedings held before US Magistrate Judge Silvia Carreno−Coll: Initial Appearance as to Reynaldo Gonzalez−Ramos (1) held on 11/30/2015. The defendant was provided with a copy of the Complaint and advised as to the charges, the maximum penalties applicable, and his rights. After reviewing the CJA−23 form filed by the defendant, the Court deemed it appropriate to appoint counsel. Defendants will be represented by CJA counsel. Defendant shall remain under custody. **Detention Hearing set for 12/3/2015 02:00 PM and Preliminary Examination set for 12/11/2015 09:15 AM both to held in Courtroom 8 before US Magistrate Judge Silvia Carreno−Coll.** Hearing set for 2:20 pm. Hearing held at 2:20 pm. Hearing ended at 2:23 pm. (cmd) [3:15−mj−01779−MEL] (Entered: 11/30/2015) |
| 11/30/2015 | 7 | ORDER scheduling detention hearing as to Reynaldo Gonzalez−Ramos (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Silvia Carreno−Coll on 11/30/15.(cmd) [3:15−mj−01779−MEL] (Entered: 11/30/2015) |
| 11/30/2015 | | CJA 20 as to Reynaldo Gonzalez−Ramos (1): Appointment of Attorney Antonio L. Bisbal−Bultron for Reynaldo Gonzalez−Ramos. Signed by US Magistrate Judge Silvia Carreno−Coll on 11/30/2015.(cmd) [3:15−mj−01779−MEL] (Entered: 12/01/2015) |
| 12/02/2015 | 8 | MOTION to Unseal Case by USA as to Reynaldo Gonzalez−Ramos (1). Suggestions in opposition/response due by 12/21/2015 (Alvarez−Lora, Daynelle) [3:15−mj−01779−MEL] (Entered: 12/02/2015) |
| 12/02/2015 | 9 | ORDER granting 8 Motion to Unseal Case as to Reynaldo Gonzalez−Ramos (1).Signed by US Magistrate Judge Silvia Carreno−Coll on 12/2/15. (gsr) [3:15−mj−01779−MEL] (Entered: 12/02/2015) |
| 12/03/2015 | 10 | ORDER as to Reynaldo Gonzalez−Ramos (1): **As per defense counsel's request, the Detention Hearing is reset for 12/8/2015 at 09:15 AM in Courtroom 8 before US Magistrate Judge Silvia Carreno−Coll.** Signed by US Magistrate Judge Silvia Carreno−Coll on 12/3/2015.(mcv) [3:15−mj−01779−MEL] (Entered: 12/03/2015) |
| 12/08/2015 | 11 | Minute Entry for proceedings held before US Magistrate Judge Silvia Carreno−Coll: Detention Hearing as to Reynaldo Gonzalez−Ramos (1) held on 12/8/2015. Present were AUSA Daynelle Alvarez and defense counsel Antonio Bisbal. The defendant was U/C, present in court and assisted by the Court Interpreter. The government moved for detention. Defense counsel argued in favor of bail. After hearing the parties, The Court ordered defendant to remain under custody pending further proceedings. Order to issue. (Court Reporter DCR.) Hearing set for 9:15 am. Hearing held at 10:33 am. Hearing ended at 10:42 am. Interpreter Janis Palma. (cmd)[3:15−mj−01779−MEL] Modified on 12/10/2015 to correct attorney's name (nat). (Entered: 12/09/2015) |

| | | |
|---|---|---|
| 12/09/2015 | 17 | INDICTMENT as to Steven Rosario−Rodriguez (1) count(s) 1, 2, Reynaldo Gonzalez−Ramos (2) count(s) 1, 2. (mr) (Entered: 12/10/2015) |
| 12/09/2015 | 18 | Minute Entry for proceedings held before US Magistrate Judge Camille L. Velez−Rive: Return of Indictment by Grand Jury as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 12/9/2015. Set Hearings as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2): **Arraignment set for 12/11/2015 09:15 AM in Courtroom 8 before US Magistrate Judge Silvia Carreno−Coll.** (mr) Modified on 12/11/2015 to delete text not applicable (mr). (Entered: 12/10/2015) |
| 12/09/2015 | 22 | *RESTRICTED* Arrest Warrant Returned Executed on 11/27/2015 in case as to Reynaldo Gonzalez−Ramos (2). (mr) Modified on 12/15/2015 to correct execution date (mr). (Entered: 12/14/2015) |
| 12/10/2015 | 19 | ORDER OF DETENTION PENDING TRIAL as to Reynaldo Gonzalez−Ramos (2).  Signed by US Magistrate Judge Silvia Carreno−Coll on 12/8/2015.(mcv) (Entered: 12/10/2015) |
| 12/11/2015 | 20 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Reynaldo Gonzalez−Ramos (2). (cmd) (Entered: 12/11/2015) |
| 12/15/2015 | 23 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2),  **Status Conference set for 2/1/2016 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 12/15/15.(al) (Entered: 12/15/2015) |
| 02/01/2016 | 29 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 2/1/2016: Present were AUSA Alexander Alum for Daynelle Alvarez and Attys Giovanni Canino and Antonio Bisbal. Discovery provided, a few items pending including videos; no plea offers tendered yet. Government shall provide plea offers and any outstanding discovery by 2/15/2016. Parties met at sidebar. The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.  **Further Status Conference set for 4/4/2016 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** (Court Reporter Evilys Carrion.)Hearing set for 09:00.Hearing held at 09:59.Hearing ended at 10:05. (al) (Entered: 02/04/2016) |
| 02/02/2016 | 25 | MOTION to Restrict *in Compliance with Administrative Order* by Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due 2/19/2016 (Bisbal−Bultron, Antonio) Modified on 2/3/2016 to correct event (mr). (Entered: 02/02/2016) |
| 02/02/2016 | 26 | ***EX−PARTE*** MOTION to Appoint Expert by Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due 2/19/2016 (Attachments: # 1 Expert Resume and Fees)(Bisbal−Bultron, Antonio) (Entered: 02/02/2016) |
| 02/04/2016 | 27 | ORDER granting 25 Motion to Restrict as to Reynaldo Gonzalez−Ramos (2)Signed by Judge Gustavo A. Gelpi on 2/4/16. (al) (Entered: 02/04/2016) |

| 02/04/2016 | 28 | ORDER granting 26 Motion to Appoint Expert as to Reynaldo Gonzalez−Ramos (2) Granted, in accordance with CJA parameters and rates.Signed by Judge Gustavo A. Gelpi on 2/4/16. (al) Modified on 2/5/2016 to add dkt text as to CJA parameters. (mr). (Entered: 02/04/2016) |
|---|---|---|
| 03/31/2016 | 30 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2), Reset Hearings as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2): **Status Conference is now set for 4/6/2016 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 3/31/16.(al) (Entered: 03/31/2016) |
| 04/06/2016 | 31 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 4/6/2016, Present were AUSA Aaton Howell for Daynelle Alvarez and AFPF Sulay Rios (for Giovanni Canino), and Atty Antonio Bisbal. Discovery and plea offer provided by the government. An issue with a DVD was discussed. The government shall provided correct discovery by 4/20/2016. **Further Status Conference set for 6/7/2016 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.)Hearing set for 09:00.Hearing held at 09:42.Hearing ended at 09:43. (al) (Entered: 04/08/2016) |
| 05/18/2016 | 32 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2): **Status Conference originally set for 6/7/2016 is RESET for 7/6/2016 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 5/18/2016.(sc) (Entered: 05/18/2016) |
| 06/04/2016 | 33 | MOTION to Travel by Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due by 6/23/2016 (Bisbal−Bultron, Antonio) (Entered: 06/04/2016) |
| 06/08/2016 | 34 | ORDER REFERRING MOTION: 33 MOTION to Travel filed by Reynaldo Gonzalez−Ramos TO MAGISTRATE JUDGE. Signed by Judge Gustavo A. Gelpi on 6/8/2016.(sc) (Entered: 06/08/2016) |
| 06/08/2016 | 35 | MEMORANDUM OF THE CLERK as to Reynaldo Gonzalez−Ramos (2) : Pursuant to the Order Referring Motion entered by Judge Gustavo A. Gelpi on 6/8/16 (Docket No. 34), the 33 MOTION to Travel has been randomly assigned within the Case Assignment System to Magistrate Judge Camille Velez−Rive. Signed by Clerk on 6/8/16.(gsr) (Entered: 06/08/2016) |
| 06/08/2016 | 36 | ORDER granting 33 Motion to Travel as to Reynaldo Gonzalez−Ramos (2). Signed by US Magistrate Judge Camille L. Velez−Rive on 6/8/16. (ljt) (Entered: 06/08/2016) |
| 07/06/2016 | 42 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 7/6/2016. Present: SAUSA Daynelle Alvarez, AFPD Sulay Rios and Defense Counsel Antonio Bisbal. The government informed that discovery had been provided and that the defense was in the process of preparing packages for the government. **Further Status** |

| | | |
|---|---|---|
| | | Conference set for 8/30/2016 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi. The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:10. Hearing ended at 10:10. (sc) (Entered: 07/26/2016) |
| 07/13/2016 | 40 | MOTION to Restrict Document by Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due by 8/1/2016 (Bisbal−Bultron, Antonio) (Entered: 07/13/2016) |
| 07/13/2016 | 41 | ***SELECTED PARTIES*** MOTION Requesting Order by Reynaldo Gonzalez−Ramos (2), USA, US Probation Officer as to Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due by 8/1/2016 (Bisbal−Bultron, Antonio) (Entered: 07/13/2016) |
| 08/30/2016 | 44 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 8/30/2016. Present: AUSA Philippe Mesa, AFPD Giovanni Canino and Defense Counsel Antonio Bisbal. The parties discussed the status of the case. **Expert evaluation deadline due by 9/30/2016. Further Status Conference set for 12/5/2016 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:08. Hearing ended at 10:10. (sc) (Entered: 09/20/2016) |
| 09/09/2016 | 43 | ***SELECTED PARTIES***ORDER granting 40 Motion to Restrict and granting 41 Motion Requesting Order as to Reynaldo Gonzalez−Ramos (2).Signed by Judge Gustavo A. Gelpi on 9/9/2016. (sc) (Entered: 09/09/2016) |
| 09/23/2016 | 47 | MOTION to Restrict Document by Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due by 10/11/2016 (Bisbal−Bultron, Antonio) (Entered: 09/23/2016) |
| 09/23/2016 | 48 | ***EX−PARTE*** MOTION for Extension of Time by Reynaldo Gonzalez−Ramos (2). Suggestions in opposition/response due by 10/11/2016 (Bisbal−Bultron, Antonio) (Entered: 09/23/2016) |
| 10/07/2016 | 50 | ORDER granting 47 Motion to Restrict as to Reynaldo Gonzalez−Ramos (2); granting 48 Motion for Extension of Time as to Reynaldo Gonzalez−Ramos (2).Signed by Judge Gustavo A. Gelpi on 10/7/2016. (sc) (Entered: 10/07/2016) |
| 12/05/2016 | 51 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 12/5/2016. Present: AUSA Alexander Alum and AFPD Giovanni Canino. The government informed plea offers had been tendered. The defense requested more time. **Motions due by 1/16/2017. Further Status Conference set for 2/24/2017 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court |

| | | |
|---|---|---|
| | | made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:37. Hearing ended at 10:39. (sc) (Entered: 12/22/2016) |
| 12/31/2016 | 52 | MOTION to Restrict Document by Reynaldo Gonzalez−Ramos. Responses due by 1/17/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 12/31/2016) |
| 12/31/2016 | 53 | ***EX−PARTE*** MOTION Requesting Order by Reynaldo Gonzalez−Ramos. Responses due by 1/17/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Curr. Vitae)(Bisbal−Bultron, Antonio) (Entered: 12/31/2016) |
| 01/10/2017 | 54 | ORDER granting 52 Motion to Restrict as to Reynaldo Gonzalez−Ramos (2); denying 53 Motion Requesting Order as to Reynaldo Gonzalez−Ramos (2) in as much as the request only pertains to sentencing, at this time the request is hereby denied. Signed by Judge Gustavo A. Gelpi on 1/10/2017. (sc) (Entered: 01/10/2017) |
| 02/03/2017 | 55 | MOTION in Compliance by Reynaldo Gonzalez−Ramos. Responses due by 2/17/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 02/03/2017) |
| 02/03/2017 | 56 | ***EX−PARTE*** MOTION for Psychiatric Exam by Reynaldo Gonzalez−Ramos. Responses due by 2/17/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Curr.Vitae)(Bisbal−Bultron, Antonio) (Entered: 02/03/2017) |
| 02/03/2017 | 57 | ORDER noted 55 Motion in Compliance as to Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 2/3/2017. (sc) (Entered: 02/03/2017) |
| 02/03/2017 | 58 | ORDER granting 56 Motion for Psychiatric Exam as to Reynaldo Gonzalez−Ramos (2). Subject to CJA parameters. Signed by Judge Gustavo A. Gelpi on 2/3/2017. (sc) (Entered: 02/03/2017) |
| 02/17/2017 | 59 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) : **Status Conference originally set for 2/24/2017 is RESET for 2/28/2017 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 2/17/2017.(sc) (Entered: 02/17/2017) |
| 02/28/2017 | 60 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 2/28/2017. Present: SAUSA Daynelle Alvarez and Defense Counsel Antonio Bisbal. The government informed that discovery had been provided. The government also stated that they had not received the defendants' medical evaluation reports yet. Defense counsel indicated that one of the reports was ready and the other one would be ready |

| | | |
|---|---|---|
| | | this week. **Further Status Conference set for 4/19/2017 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:00. Hearing ended at 10:01. (sc) (Entered: 03/03/2017) |
| 04/19/2017 | 61 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 4/19/2017. Present: SAUSA Daynelle Alvarez, AFPD Joannie Plaza and Defense Attorney Antonio Bisbal. The government informed that they were waiting on the psychological evaluations of defendants. The defense stated that defendants had already been evaluated and were in the process of preparing mitigation packages. **Further Status Conference set for 7/5/2017 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi. Case will be set for trial at the next status conference if no change of plea motions are filed.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:18. Hearing ended at 10:20. (sc) (Entered: 04/20/2017) |
| 07/05/2017 | 62 | **AMENDED STANDING ORDER** RE: COMMUNICATION BY COUNSEL AND THEIR STAFF WITH JUDGE GELPI'S CHAMBERS' STAFF. Signed by Judge Gustavo A. Gelpi on 7/5/2017. (ram) (Entered: 07/06/2017) |
| 07/05/2017 | 63 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 7/5/2017. Present: SAUSA Nadia Pineda and Defense Attorney Antonio Bisbal. The government informed that discovery had been provided and plea negotiations were ongoing. **Further Status Conference set for 10/25/2017 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:10. Hearing ended at 10:11. (sc) (Entered: 07/18/2017) |
| 08/08/2017 | 64 | **STANDING ORDER** RE: CODE OF CIVILITY. Signed by Judge Gustavo A. Gelpi on 8/1/2017. (ram) (Entered: 08/08/2017) |
| 10/20/2017 | 66 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2). **Status Conference originally set for 10/25/2017 is ADVANCED for 10/24/2017 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 10/20/2017.(sc) (Entered: 10/20/2017) |
| 10/24/2017 | 67 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 10/24/2017. Present: SAUSA Daynelle |

| | | |
|---|---|---|
| | | Alvarez, AFPD Samantha Drake and Defense Attorney Antonio Bisbal. The government informed that discovery had been provided and that they had met with defense counsel and were waiting on mitigation documents and counteroffer. Atty. Bisbal stated that he would provide mitigation documents and requested more time for plea negotiations. **Further Status Conference set for 1/17/2018 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 09:36. Hearing ended at 09:39. (sc) (Entered: 11/01/2017) |
| 01/17/2018 | 68 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 1/17/2018. Present: SAUSA Daynelle Alvarez and AFPD Samantha Drake. The government informed that plea offers had been provided to both defendants and that they were waiting for their evaluation. Defense counsel informed that defendants were still outside of the jurisdiction. **Further Status Conference set for 5/2/2018 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:13. Hearing ended at 10:14. (sc) (Entered: 01/22/2018) |
| 05/02/2018 | 69 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 5/2/2018. Present: SAUSA Daynelle Alvarez, AFPD Andrew McCutcheon and Defense Counsel Antonio Bisbal. The government informed that plea offers had been tendered. Atty. Bisbal stated he was in the process of evaluating his client. AFPD McCutcheon indicated defendant #1 was still in Atlanta. **Further Status Conference set for 8/8/2018 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:40. Hearing ended at 10:42. (sc) (Entered: 05/03/2018) |
| 08/03/2018 | 70 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2). **Status Conference originally set for 8/8/2018 is RESET for 8/13/2018 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 8/7/2018.(sc) (Entered: 08/03/2018) |
| 08/13/2018 | 71 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 8/13/2018. Present: AUSA Daynelle Alvarez, AFPD Vivianne Marrero and Defense Attorney Antonio Bisbal. The government informed that discovery had been provided and a plea offer had been tendered. **Further Status Conference set for 10/31/2018 at 09:00** |

| | | |
|---|---|---|
| | | AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi. The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:12. Hearing ended at 10:14. (sc) (Entered: 08/16/2018) |
| 10/31/2018 | 72 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 10/31/2018. Present: AUSA Max Perez and AFPD Edwin Mora. Attorney Antonio Bisbal was excused. The government informed that plea offers had been tendered and requested a change of plea deadline. AFPD Mora indicated that defendant #1 had been taken outside the jurisdiction more than a year ago and that it was hard to communicate with him and requested for him to be brought back to the jurisdiction. The court denied the request. Defense counsel shall file a motion if they want to evaluate the defendant.  **Designation of evidence due by 1/10/2019. Change of plea deadline is 2/7/2019. Further Status Conference set for 2/7/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:23. Hearing ended at 10:25. (sc) (Entered: 10/31/2018) |
| 11/29/2018 | 73 | MOTION Authorization for Interim Payment of Expert re 58 Order on Motion for Psychiatric Exam by Reynaldo Gonzalez−Ramos. Responses due by 12/13/2018. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 11/29/2018) |
| 11/29/2018 | 74 | ***VACATED AS PER D.E. #75 ORDER*** ORDER: Granting 73 Motion as to Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 11/29/2018. (LE) Modified on 12/28/2018 (mcm). (Entered: 11/29/2018) |
| 12/27/2018 | 75 | ORDER as to Reynaldo Gonzalez−Ramos (2). Upon further consultation with the Clerk's Office, Finance Division, the Order at Docket No. 74 is **VACATED** and the "Motion for Authorization of Interim Payment of Expert" (Docket No. 73) is **DENIED**. The voucher for Dr. Carol Romey shall be resubmitted upon conclusion of the case in order for the court to assess the use given to the report and the appropriate source of payment pursuant to CJA Guidelines § 320.20.20(b).  Signed by Judge Gustavo A. Gelpi on 12/27/2018. (nat) (Entered: 12/27/2018) |
| 01/10/2019 | 76 | MOTION under Rule 12 *Designation of Evidence and Reciprocal Discovery Request* by USA as to Steven Rosario−Rodriguez, Reynaldo Gonzalez−Ramos. Responses due by 1/24/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Alvarez−Lora, Daynelle) (Entered: 01/10/2019) |
| 01/11/2019 | 77 | ORDER: Noted 76 Motion Under Rule 12 as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 1/11/2019. (LE) (Entered: 01/11/2019) |

| 02/07/2019 | 78 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Further Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 2/7/2019. Present were AUSA Daynelle Alvarez, AFPD Victor Gonzalez on behalf of Defendant #1, and Attorney Antonio Bisbal on behalf of Defendant #2. The Government informed that discovery and plea offers had been provided to the defense. AUSA Alvarez stated that she received a counteroffer from Defendant #2. Atty. Bisbal explained that he needs to discuss the proposed agreement with his client in order to inform the Court of his decision. AFPD Gonzalez requested that Defendant #1 be brought back to the jurisdiction to review the discovery first−hand with counsel. The Court denied the request. **Further Status Conference set for 3/11/2019 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** (Court Reporter Evilys Carrion.)Hearing set for 09:00.Hearing held at 09:47.Hearing ended at 09:49. (lod) (Entered: 02/07/2019) |
|---|---|---|
| 02/26/2019 | <u>79</u> | INFORMATIVE Motion regarding Absence of Jurisdiction by Reynaldo Gonzalez−Ramos. Responses due by 3/12/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 02/26/2019) |
| 02/26/2019 | 80 | ORDER: Noted <u>79</u> Informative Motion as to Reynaldo Gonzalez−Ramos (2)Signed by Judge Gustavo A. Gelpi on 2/26/2019. (LE) (Entered: 02/26/2019) |
| 03/11/2019 | 81 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2) held on 3/11/2019. Present: AUSA Daynelle Alvarez, AFPD Samantha Drake and Defense Attorney Antonio Bisbal. The government informed that the parties were engaged in plea negotiations. AFPD Drake stated that her client has been in Tallahatchie since she was assigned the case. **Further Status Conference set for 6/3/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:10. Hearing ended at 10:12. (sc) (Entered: 03/19/2019) |
| 05/30/2019 | 82 | ORDER as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2). **Status Conference is RESET for 6/4/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 5/30/2019.(sc) (Entered: 05/30/2019) |
| 06/04/2019 | 87 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 6/4/2019. Present: AUSA Daynelle Alvarez and Defense Counsel Antonio Bisbal. The government informed that discovery had been provided and a plea offer had been tendered. A counteroffer has been rejected. **Further Status Conference set for 8/5/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) |

| | | |
|---|---|---|
| | | until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:09. Hearing ended at 10:10. (sc) (Entered: 06/06/2019) |
| 08/05/2019 | 97 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 8/5/2019. Present: AUSA Daynelle Alvarez and Defense Counsel Antonio Bisbal. The government informed that a counteroffer had been received and they were in the process of discussing it with the supervisor. **Further Status Conference set for 10/29/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:10. Hearing ended at 10:11. (sc) (Entered: 08/07/2019) |
| 10/29/2019 | 104 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 10/29/2019. Present: AUSA Daynelle Alvarez and Defense Counsel Antonio Bisbal. The government informed that a plea agreement had been sent. **Change of plea deadline is 12/2/2019. Further Status Conference set for 12/2/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:14. Hearing ended at 10:15. (sc) (Entered: 11/01/2019) |
| 11/26/2019 | 108 | ORDER as to Reynaldo Gonzalez−Ramos (2). **Status Conference is RESET for 12/19/2019 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 11/26/2019.(sc) (Entered: 11/26/2019) |
| 12/02/2019 | 109 | MOTION to Continue *Change of Plea Deadline* by Reynaldo Gonzalez−Ramos. Responses due by 12/16/2019. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 12/02/2019) |
| 12/03/2019 | 110 | ORDER granting 109 Motion to Continue as to Reynaldo Gonzalez−Ramos (2)Signed by Judge Gustavo A. Gelpi on 12/3/2019. (sc) (Entered: 12/03/2019) |
| 12/19/2019 | 111 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 12/19/2019. Present: AUSA Daynelle Alvarez and Defense Counsel Antonio Bisbal. Defense counsel informed that defendant was considering the plea offer. **Further Status Conference set for 1/29/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. (Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 10:03. Hearing ended at 10:04. (sc) (Entered: 01/09/2020) |

| | | |
|---|---|---|
| 01/29/2020 | 113 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 1/29/2020. Present: AUSA Juan Reyes and Defense Counsel Antonio Bisbal. The government informed that discovery had been provided and a signed plea agreement had been sent to counsel last year. Defense counsel stated that the defendant was inclined to accept the plea offer but needs to discuss the agreement language further.**Final Change of plea deadline is 2/14/2020. Further Status Conference set for 2/14/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 09:27. Hearing ended at 09:28. (sc) (Entered: 01/30/2020) |
| 02/06/2020 | 114 | ORDER as to Reynaldo Gonzalez−Ramos (2). **Status Conference is ADVANCED for 2/13/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 2/6/2020.(sc) (Entered: 02/06/2020) |
| 02/13/2020 | 117 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 2/13/2020. Present: AUSA Jonathan Jacobson and Defense Counsel Antonio Bisbal. The government informed that a plea agreement had been sent to the defense. Sidebar conference held. **Further Status Conference set for 3/12/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** (Court Reporter Evilys Carrion.) The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference. Hearing set for 09:00. Hearing held at 09:48. Hearing ended at 09:50. (sc) (Entered: 02/26/2020) |
| 03/12/2020 | 121 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Status Conference as to Reynaldo Gonzalez−Ramos (2) held on 3/12/2020. Present: AUSA Marie Amy and Defense Counsel Antonio Bisbal. The government informed that a plea offer had been provided. Defense counsel will discuss offer with the defendant. **Change of plea deadline is 5/6/2020. Further Status Conference set for 5/6/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.(Court Reporter Evilys Carrion.) Hearing set for 09:00. Hearing held at 09:35. Hearing ended at 09:36. (sc) (Entered: 03/12/2020) |
| 04/27/2020 | 123 | ORDER as to Reynaldo Gonzalez−Ramos (2). The parties shall file a joint informative motion by **5/18/2020** regarding the status of the case. **Status Conference is RESET for 8/11/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** This period will be excluded under the STA in the interest of justice given the Covid−19 public emergency. Signed by Judge Gustavo A. Gelpi on 4/27/2020.(sc) (Entered: 04/27/2020) |

| 05/18/2020 | 124 | Joint INFORMATIVE Motion regarding case status by Reynaldo Gonzalez−Ramos, USA. Responses due by 6/1/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) Modified on 5/19/2020 to add filer (gmm). (Entered: 05/18/2020) |
|---|---|---|
| 05/19/2020 | 125 | ORDER: Noted 124 Informative Motion as to Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 5/18/2020. (MET) (Entered: 05/19/2020) |
| 08/05/2020 | 135 | ORDER as to Reynaldo Gonzalez−Ramos (2). Given that the courthouse will be closed until September 7, 2020. The parties shall file a joint informative motion by 9/15/2020 regarding the status of the case. **Status Conference is RESET for 11/17/2020 at 09:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.** This period will be excluded under the STA in the interest of justice given the Covid−19 public emergency. Signed by Judge Gustavo A. Gelpi on 8/5/2020.(sc) (Entered: 08/05/2020) |
| 09/15/2020 | 136 | Joint INFORMATIVE Motion by Reynaldo Gonzalez−Ramos., USA Responses due by 9/29/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) Modified on 9/16/2020 to add filer (gmm). (Entered: 09/15/2020) |
| 09/21/2020 | 137 | ORDER noted 136 Informative Motion as to Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 9/21/2020. (sc) (Entered: 09/21/2020) |
| 09/26/2020 | 138 | MOTION for change of plea by Reynaldo Gonzalez−Ramos. Responses due by 10/13/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 09/26/2020) |
| 10/01/2020 | 139 | ORDER granting 138 Motion for Change of Plea as to Reynaldo Gonzalez−Ramos (2). **Change of Plea Hearing set for 10/9/2020 at 11:30 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.**Signed by Judge Gustavo A. Gelpi on 10/1/2020. (sc) (Entered: 10/01/2020) |
| 10/08/2020 | 140 | MOTION to Continue *Change of Plea Hearing* by USA as to Reynaldo Gonzalez−Ramos. Responses due by 10/22/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Alvarez−Lora, Daynelle) (Entered: 10/08/2020) |
| 10/09/2020 | 141 | ORDER granting 140 Motion to Continue as to Reynaldo Gonzalez−Ramos (2) **Change of Plea Hearing RESET for 10/26/2020 at 10:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.**Signed by Judge Gustavo A. Gelpi on 10/9/2020. (sc) (Entered: 10/09/2020) |
| 10/23/2020 | 142 | ORDER as to Reynaldo Gonzalez−Ramos (2). **Change of Plea Hearing is RESET for 10/27/2020 at 10:30 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 10/23/2020.(sc) (Entered: 10/23/2020) |
| 10/26/2020 | 143 | ORDER as to Reynaldo Gonzalez−Ramos (2). Due to Bayamon's unavailability, **Change of Plea Hearing is RESET for 11/16/2020 at** |

| | | |
|---|---|---|
| | | **10:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 10/26/2020.(sc) (Entered: 10/26/2020) |
| 11/04/2020 | <u>144</u> | MOTION to Continue *Change of Plea Hearing* by Reynaldo Gonzalez−Ramos. Responses due by 11/18/2020. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 11/04/2020) |
| 11/12/2020 | 145 | ORDER granting <u>144</u> Motion to Continue as to Reynaldo Gonzalez−Ramos (2). **Change of Plea Hearing is RESET for 2/3/2021 at 10:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.**Signed by Judge Gustavo A. Gelpi on 11/12/2020. (sc) (Entered: 11/12/2020) |
| 12/23/2020 | <u>146</u> | MOTION Requesting Order *to Reset (Advance) Change of Plea Hearing* re 145 Order on Motion to Continue, <u>138</u> MOTION for change of plea by Reynaldo Gonzalez−Ramos. Responses due by 1/7/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 12/23/2020) |
| 01/11/2021 | 147 | ORDER granting <u>146</u> Motion Requesting Order as to Reynaldo Gonzalez−Ramos (2) **Change of Plea Hearing is ADVANCED for 1/20/2021 at 11:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.**Signed by Judge Gustavo A. Gelpi on 1/11/2021. (sc) (Entered: 01/11/2021) |
| 01/19/2021 | 148 | ORDER as to Reynaldo Gonzalez−Ramos (2). **Change of Plea Hearing set for 1/20/2021 is ADVANCED to 10:30 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 1/19/2021.(sc) (Entered: 01/19/2021) |
| 01/20/2021 | <u>149</u> | PLEA AGREEMENT as to Reynaldo Gonzalez−Ramos (2). (sc) (Entered: 01/27/2021) |
| 01/20/2021 | <u>150</u> | ***EX−PARTE***PLEA AGREEMENT SUPPLEMENT as to Reynaldo Gonzalez−Ramos (2). (sc) (Entered: 01/27/2021) |
| 01/20/2021 | 151 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Change of Plea Hearing as to Reynaldo Gonzalez−Ramos (2) held on 1/20/2021. Present: AUSA Normary Figueroa and Defense Counsel Antonio Bisbal. Defendant was under custody and assisted by the court interpreter. The defendant waived his right to appear physically for this proceeding and agreed to proceed with the hearing via VTC. The defendant was found competent to plea and advised of the maximum penalties he was facing, his constitutional rights, consequences of waiving his constitutional rights and the applicable statutory guidelines. Plea entered by Reynaldo Gonzalez−Ramos (2) Guilty Count 1,2. The court ordered the preparation of the Pre−Sentence Investigation Report. **Sentencing Hearing set for 4/14/2021 at 10:00 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** (Court Reporter Evilys Carrion.) Hearing set for 10:30. Hearing held at 10:34. Hearing ended at 11:20. Interpreter Carlos Lao. (sc) (Entered: 01/27/2021) |
| 03/05/2021 | <u>152</u> | ***SELECTED PARTIES*** NOTICE of Disclosure of PSR Pursuant to Local Rule 132, the U.S. Probation Officer makes disclosure of the presentence report for the defendant of record. According to said rule, any |

| | | |
|---|---|---|
| | | inaccuracies or discrepancies should be reported to the Probation Officer within 14 days from disclosure of the document. Since the presentence report is a Court Document, its contents must not be recorded or otherwise disseminated to third parties in any manner, by USA, US Probation Officer, Reynaldo Gonzalez−Ramos (Senior U.S. Probation Officer, Vanessa Pulido (ecs) (Entered: 03/05/2021) |
| 03/29/2021 | 153 | ORDER as to Reynaldo Gonzalez−Ramos (2). **Sentencing Hearing is RESET for 4/21/2021 at 10:30 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 3/29/2021.(sc) (Entered: 03/29/2021) |
| 04/14/2021 | 154 | ***SELECTED PARTIES*** NOTICE of Filing of Addendum to the PSR. The addendum to the presentence investigation report has been filed in compliance with Rule 32 of the Federal Rules of Criminal Procedure by USA, US Probation Officer, Reynaldo Gonzalez−Ramos (Senior U.S. Probation Officer, V. Pulido (ecs)) (Entered: 04/14/2021) |
| 04/19/2021 | 155 | MOTION to Restrict Document *Sentencing Memorandum* by Reynaldo Gonzalez−Ramos. Responses due by 5/3/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 04/19/2021) |
| 04/19/2021 | 156 | ***SELECTED PARTIES***SENTENCING MEMORANDUM by USA, US Probation Officer, Reynaldo Gonzalez−Ramos as to Reynaldo Gonzalez−Ramos (Attachments: # 1 Psych Assessment) (Bisbal−Bultron, Antonio) (Entered: 04/19/2021) |
| 04/20/2021 | 157 | ORDER as to Reynaldo Gonzalez−Ramos (2). **Sentencing Hearing is RESET for 4/28/2021 at 10:30 AM in VTC Bridge GAG before Judge Gustavo A. Gelpi.** Signed by Judge Gustavo A. Gelpi on 4/20/2021.(sc) (Entered: 04/20/2021) |
| 04/20/2021 | 158 | ORDER: Granting 155 Motion to Restrict Document as to Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 4/20/2021. (MES) (Entered: 04/20/2021) |
| 04/28/2021 | 159 | Minute Entry for proceedings held before Judge Gustavo A. Gelpi:Sentencing held on 4/28/2021 for Reynaldo Gonzalez−Ramos (2). Present: AUSA Daynelle Alvarez and Defense Counsel Antonio Bisbal. Defendant was under custody and assisted by the court interpreter. The defendant waived his right to appear physically for this proceeding and agreed to proceed with the hearing via VTC. Count(s) 1,2 IMPR: Twenty Four (24) months as to Count 1 and Sixty (60) months as to Count 2 to be served consecutively to each other for a total imprisonment term of Eighty Four (84) months. SRT: Three (3) years as to both counts. No fine. SMA: $200.00. The parties shall inform as to restitution within 30 days.  (Court Reporter Evilys Carrion.)Hearing set for 10:30.Hearing held at 10:49.Hearing ended at 11:05.Interpreter Edna Brayfield. (sc) (Entered: 05/04/2021) |
| 04/28/2021 | 160 | JUDGMENT as to Reynaldo Gonzalez−Ramos (2), Count(s) 1,2 IMPR: Twenty Four (24) months as to Count 1 and Sixty (60) months as to Count 2 to be served consecutively to each other for a total imprisonment term of Eighty Four (84) months. SRT: Three (3) years as to both counts. No fine. |

| | | |
|---|---|---|
| | | SMA: $200.00.  Signed by Judge Gustavo A. Gelpi on 4/28/2021.(sc) (Entered: 05/04/2021) |
| 04/28/2021 | 161 | ***SELECTED PARTIES*** Statement of Reasons as to Reynaldo Gonzalez−Ramos (2)  Signed by Judge Gustavo A. Gelpi on 4/28/2021.(sc) (Entered: 05/20/2021) |
| 06/11/2021 | 162 | INFORMATIVE Motion regarding Restitution by Reynaldo Gonzalez−Ramos as to Steven Rosario−Rodriguez, Reynaldo Gonzalez−Ramos. Responses due by 6/25/2021. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Bisbal−Bultron, Antonio) (Entered: 06/11/2021) |
| 06/30/2021 | 163 | ORDER noted 162 Informative Motion as to Steven Rosario−Rodriguez (1), Reynaldo Gonzalez−Ramos (2). Signed by Judge Gustavo A. Gelpi on 6/30/2021. Amended judgments to be entered. (sc) (Entered: 06/30/2021) |
| 06/30/2021 | 165 | AMENDED JUDGMENT as to Reynaldo Gonzalez−Ramos (2), Count(s) 1,2 IMPR: Twenty Four (24) months as to Count 1 and Sixty (60) months as to Count 2 to be served consecutively to each other for a total imprisonment term of Eighty Four (84) months. SRT: Three (3) years as to both counts. No fine. SMA: $200.00. R**estitution: $599.98.  Signed by Judge Gustavo A. Gelpi on 6/30/2021.(sc) (Entered: 06/30/2021) |
| 07/10/2023 | 166 | Supervised Release Transferred to District of Connecticut as to Reynaldo Gonzalez−Ramos. (vrg) (Entered: 07/11/2023) |

RECEIVED & FILED
CLERK'S OFFICE
DEC - 9 2015
US DISTRICT COURT
SAN JUAN, PR

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>[1]STEVEN ROSARIO RODRIGUEZ,<br>[2]REYNALDO GONZALEZ RAMOS,<br><br>Defendants. | Criminal No. 15-**749 (GAG)**<br><br>**INDICTMENT**<br><br>Violations:<br>18 U.S.C. § 1951<br>18 U.S.C. § 924(c)(1)(A)(ii) and 2.<br><br>Forfeiture:<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c).<br><br>**(TWO COUNTS & ONE FORFEITURE ALLEGATION)** |

## THE GRAND JURY CHARGES

### COUNT ONE
### Interference with commerce by threats or violence
### (Title 18, United States Code, Section 1951)

That at all times material to this Indictment, Set Hair Project Hair Salon/Store, was engaged in the retail sale of shoes, clothing, personal care services, and other commercial goods, an industry that affects interstate or foreign commerce.

That on or about November 21, 2015, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1]STEVEN ROSARIO RODRIGUEZ,
### [2]REYNALDO GONZALEZ RAMOS,

the defendants herein, aided and abetted by each other and by another unknown individual, did knowingly and unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951 (b)(3), and the movements of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section

18

Case 3:15-cr-00749-CCC Document 167 Filed 01/27/2015 Page 2 of 28
*United States of America v. Rosario Rodriguez et. Al.,*
*Indictment*
*Page 2 of 3*

1951(b)(1), in that the defendants [1] STEVEN ROSARIO RODRIGUEZ and [2] REYNALDO

GONZALEZ RAMOS , did unlawfully take  MONEY, IPODS, CLOTHING, FEDERAL LAW

ENFORCEMENT IDENTIFICATIONS/ BAGDES, AND SHOES from the Set Hair Project

Hair Salon/Store, in the presence of employees and clients, against their will by means of actual

and threatened force, violence, and fear of injury, immediate and future to their person, that is,

threatening the employees and clients with  firearms in order to commit the robbery.  All in

violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section

2.

## COUNT TWO
### Use of a Firearm During and in Relation to a Crime of Violence
### (Title 18, United States Code, Section 924 (c)(1)(A)(ii))

That on or about November 21, 2015, in the District of Puerto Rico and within the

jurisdiction of this Court,

### [1]STEVEN ROSARIO RODRIGUEZ,
### [2]REYNALDO GONZALEZ RAMOS,

the defendants herein, aided and abetted by each other and by another unknown individual, did

knowingly use, carry, and brandish firearms and ammunition, that is, a black color firearm, of

unknown make, model, caliber, or serial number, during and in relation to a crime of violence, as

charged in Count One of this Indictment, for which they may be prosecuted in a court of the

United States, that is, Interfering with commerce by threats or violence, in violation of Title 18,

United States Code, Section 1951. All in violation of Title 18, United States Code, Section

924(c)(1)(A)(ii) and Title 18 United States Code, Section 2.

2

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

The allegation contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c)(1)(A) set forth in Count Two of this Indictment, defendants, [1] STEVEN ROSARIO RODRIGUEZ and [2] REYNALDOGONZALEZ RAMOS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offenses, including, but not limited a black color firearm, of unknown make, model, caliber, or serial number . All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

TRUE BILL

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

**José Ruiz-Santiago**
Assistant United States Attorney
Chief, Criminal Division

**Jenifer Y. Hernandez**
Assistant United States Attorney
Chief, Violent Crimes Unit

**Daynelle Alvarez Lora**
Special Assistant United States Attorney

FOREPERSON

Date: 2 Dec 15

3

# UNITED STATES DISTRICT COURT

District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA | )    **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| REYNALDO GONZALEZ-RAMOS | )    Case Number:  3:15-CR-749-02 (GAG) |
| | )    USM Number:  46411-069 |
| **Date of Original Judgment:**  4/28/2021 | ) |
| *(Or Date of Last Amended Judgment)* | )   Antonio Bisbal, Esq. |
| | )   Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   One and Two of the Indictment on 1/20/2021.

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1951(a) | Robbery. | 11/21/2015 | One |
| 18:924(c)(1)(A)(i) | Use, carry, brandish a firearm during and in relation to a crime of violence. | 11/21/2015 | Two |

     The defendant is sentenced as provided in pages 2 through _____7_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/28/2021
_____
Date of Imposition of Judgment

s/ Gustavo A. Gelpi
_____
Signature of Judge

Gustavo A. Gelpi, US District Judge    U.S. District Judge
_____
Name and Title of Judge

6/30/2021
_____
Date

21

AO 245C (Rev. 09/19)
Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment
(NOTE: Identify Changes with Asterisks (*))

Case 3:15-cr-00749-GAG   Document 1165   Filed 07/6/21   Page 22 of 28

Judgment — Page    2    of    7

DEFENDANT:   REYNALDO GONZALEZ-RAMOS
CASE NUMBER:   3:15-CR-749-02 (GAG)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Twenty Four (24) months as to Count 1 and Sixty (60) months as to Count 2 to be served consecutively to each other for a total imprisonment term of Eighty Four (84) months.

☑ The court makes the following recommendations to the Bureau of Prisons:
   That defendant be designated to an institution in New York or Connecticut.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case 3:15-cr-00749-GAG　Document 165　Filed 07/16/21　Page 23 of 28

DEFENDANT:  REYNALDO GONZALEZ-RAMOS
CASE NUMBER:  3:15-CR-749-02 (GAG)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

 Three (3) years as to both counts to be served concurrently with each other.

## MANDATORY CONDITIONS

1.　You must not commit another federal, state or local crime.
2.　You must not unlawfully possess a controlled substance.
3.　You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
　　　☐　The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.　☑　You must make restitution in accordance with 18 U.S.C. § 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.　☑　You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.　☐　You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.　☐　You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:     REYNALDO GONZALEZ-RAMOS
CASE NUMBER:   3:15-CR-749-02 (GAG)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____     Date  _____

AO 245C (Rev. 09/19)
Amended Judgment in a Criminal Case
Sheet 3D — Supervised Release
(NOTE: Identify Changes with Asterisks (*))

Judgment—Page 5 of 7

DEFENDANT:  REYNALDO GONZALEZ-RAMOS
CASE NUMBER:  3:15-CR-749-02 (GAG)

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not commit another federal, state, or local crime, and shall observe the standard conditions of supervised release recommended by the United States Sentencing Commission and adopted by this Court.

2. The defendant shall not unlawfully possess controlled substances, firearms, destructive devices, and other dangerous weapons.

3. The defendant shall participate in a program or course of study aimed at improving educational level and/or complete a vocational training program. In the alternative, he shall participate in a job placement program recommended by the Probation Officer.

4. The defendant shall provide access to all financial information upon request.

5. The defendant shall participate in an approved mental health treatment program for evaluation and/or treatment services determination. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider; the modality, duration, and intensity of treatment will be based on the risks and needs identified. The defendant will contribute to the costs of services rendered by means of co-payment, based on his/her ability to pay or the availability of third party payment.

6. The defendant shall participate in an approved substance abuse monitoring and/or treatment services program. The defendant shall refrain from the unlawful use of controlled substances and submit to a drug test within fifteen (15) days of release; thereafter, submit to random drug testing, no less than three (3) samples during the supervision period and not to exceed 104 samples per year accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If deemed necessary, the treatment will be arranged by the officer in consultation with the treatment provider. The defendant is required to contribute to the cost of services rendered (co-payment) in an amount arranged by the Probation Officer based on the ability to pay or availability of third party payment.

7. The defendant shall submit his person, property, house, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communication or data storage devices, and media, to a search conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

8. The defendant shall cooperate in the collection of a DNA sample as directed by the Probation Officer, pursuant to the Revised DNA Collection Requirements, and Title 18, U.S. Code Section 3563(a)(9).

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties
(NOTE: Identify Changes with Asterisks (*))

Judgment — Page _6_ of _7_

DEFENDANT:   REYNALDO GONZALEZ-RAMOS
CASE NUMBER:   3:15-CR-749-02 (GAG)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 599.98 | $ 0.00 | $ | $ 0.00 |

☐   The determination of restitution is deferred until _____ .  An *Amended Judgment in a Criminal Case (AO 245C)* will be
entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in
the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| C.A. |  | $599.98 |  |

| **TOTALS** | $ 0.00 | $ |
|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject
to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐   the interest requirement is waived for   ☐  fine   ☐  restitution.

☐   the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on
or after September 13, 1994, but before April 23, 1996.

Case 3:15-cr-00749-JAB Document 165 Filed 06/30/21 Page 27 of 28

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page __7__ of __7__

DEFENDANT:  REYNALDO GONZALEZ-RAMOS
CASE NUMBER:  3:15-CR-749-02 (GAG)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  ☑  Lump sum payment of $ __799.98__ due immediately, balance due

     ☐  not later than _____ , or
     ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

        Payment schedule to be determined by the US Probation Office in accordance with defendant's ability to pay.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

     Case Number
     Defendant and Co-Defendant Names                         Joint and Several         Corresponding Payee,
     *(including defendant number)*       Total Amount          Amount             if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

| PROB 22<br>(Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0104 3:15CR00749-001 |

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Reynaldo Gonzalez-Ramos | District of Puerto Rico | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Hon. Gustavo A. Gelpi, US District Judge |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/12/2021 | TO<br>11/11/2024 |
|---|---|---|

| OFFENSE |
|---|
| 18:1951(a) Robbery.<br><br>18:924(c)(1)(A)(i) Use, carry, brandish a firearm during and in relation to a crime of violence. |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF     Puerto Rico

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Connecticut   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/7/2023
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District   DISTRICT OF   Connecticut

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/10/2023
*Effective Date*

/s/Michael P. Shea, Chief Judge, District of Connecticut
*United States District Judge*

28